IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JANIS SABETTA,

          Plaintiff,

v.                              :   Civil Action No. 04-298-SLR

BETHANY MARINA,

          Defendant.

## ORDER

    At Wilmington this **12th** day of **October, 2005**,

    IT IS ORDERED that:

    A teleconference is scheduled for **Wednesday, October 26, 2005 at 5:00 p.m. to be initiated by Michael Tighe, Esq**. The teleconference is part of the continuing mediation process.

    Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                        /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE



FILED
OCT 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE