## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANIS SABETTA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-298-GMS |
| | : | |
| BETHANY MARINA, | : | |
| | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **27th** day of **October, 2005**,

IT IS ORDERED that a teleconference is scheduled for **Thursday, November 3, 2005** at **5:00 p.m.** to be initiated by Michael Tighe, Esq. The teleconference is part of the continuing mediation process.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE