IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JANIS SABETTA,

          Plaintiff,

  v.                           :   Civil Action No. 04-298-GMS

BETHANY MARINA,

          Defendant.

### ORDER

At Wilmington this **4th** day of **November, 2005**,

IT IS ORDERED that a teleconference is scheduled for **Wednesday, November 30, 2005** at **5:00 p.m.** to be initiated by Michael Tighe, Esq. The teleconference is part of the continuing mediation process.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                             /s/ Mary Pat Thynge
                                             UNITED STATES MAGISTRATE JUDGE



FILED
NOV 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE