### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANIS SABETTA, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 04-298-GMS |
| BETHANY MARINA, | : |
|         Defendant. | : |

### ORDER

At Wilmington this **1st** day of **December, 2005**,

IT IS ORDERED that a teleconference is scheduled for **Thursday, December 22, 2005** at **11:00 a.m.** to be initiated by Michael Tighe, Esq. The teleconference is part of the continuing mediation process.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE