# DAVIS, BUCCO & ARDIZZI

ATTORNEYS AT LAW  TEL: 302-345-9808
Robert.Ardizzi@DavisBucco.com

PENNSYLVANIA

NEW JERSEY

DELAWARE             December 7, 2005

*Via Electronic Filing*

Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> *Re: Janis Sabetta v. Bethany Marina, Inc. and Alfred V. Melson, Jr.*
> *Docket No. 04-298*

Dear Judge Sleet:

I represent the Plaintiff, Janis Sabetta, in this action. This case is scheduled for a two-day trial before Your Honor beginning on January 23, 2006. A pre-trial conference is scheduled for January 4, 2006 and the parties Final Pretrial Order is due December 12, 2005.

The purpose of this letter is to request a brief extension of the deadline to file the Final Pretrial Order from December 12 to December 23, 2005. I have spoken with Michael Tighe, Esquire, counsel for the defendants and he joins in this request. The parties have been working diligently to settle this matter and have made significant progress. We have participated in one in-person conference and three phone conferences with Magistrate Judge Thynge. A formal settlement agreement has been drafted and circulated and another telephone conference is scheduled with Judge Thynge on December 22, 2005. Therefore, we are requesting this brief extension to focus our efforts, and our clients' resources, on the proposed settlement. We are not requesting any extension of the dates for the pre-trial conference or the trial.

Honorable Gregory M. Sleet
December 7, 2005
Page 2

    Thank you for considering this request.

                      Respectfully,

                      /s/  Robert D. Ardizzi
                      ROBERT D. ARDIZZI

/rda
cc:  Michael K. Tighe, Esquire (via e-mail)