# DAVIS, BUCCO & ARDIZZI

ATTORNEYS AT LAW                                    TEL: 302-345-9808
                                                    Robert.Ardizzi@DavisBucco.com

PENNSYLVANIA

NEW JERSEY

DELAWARE                December 23, 2005

*Via Electronic Filing*

Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

   *Re: Janis Sabetta v. Bethany Marina, Inc. and Alfred V. Melson, Jr.*
    *Docket No. 04-298*

Dear Judge Sleet:

  I represent the Plaintiff, Janis Sabetta, in this action. I am writing to inform you that the parties, with the invaluable assistance of Magistrate Judge Thynge, have reached a settlement in this matter. My client has executed the settlement agreement and I am awaiting the defendant's signed copy. The agreement provides for the dismissal of the action once certain conditions have been satisfied. We anticipate that those conditions will be met next week. Therefore, we will be following up with the Court next week.

  Thank you.

         Respectfully,


         /s/  Robert D. Ardizzi
         ROBERT D. ARDIZZI

/rda
cc:  Michael K. Tighe, Esquire (via electronic filing and e-mail)