## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

April 4, 2006

TO:        Counsel

RE:        Sabetta v. Bethany Marina, Inc., et al.
              Civil Action No. 04-298 GMS

Dear Counsel:

      Please submit a jointly prepared status report regarding the above-referenced case, or a stipulation of dismissal, via electronic filing, no later than April 18, 2006.

      Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Sleet