# DAVIS, BUCCO & ARDIZZI

ATTORNEYS AT LAW                                             TEL: 302-345-9808
                                                             Robert.Ardizzi@DavisBucco.com

PENNSYLVANIA

NEW JERSEY

DELAWARE                    April 18, 2006

*Via Electronic Filing*

Honorable Gregory M. Sleet
United States District Court
   For the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      *Re: Janis Sabetta v. Bethany Marina, Inc. and Alfred V. Melson, Jr.*
         *Docket No. 04-298*

Dear Judge Sleet:

    A your request, the parties are submitting a joint report regarding the status of this matter.

    The parties reached a settlement that has been partially consummated. The Plaintiff has received a deed to a new boat slip to replace the one that was taken from her. She has received compensation for certain damages, other than the external damages to her property. However, the settlement also included the defendants making repairs to the exterior of her property. A rudimentary plan was submitted to Ms. Sabetta on or about January 5, 2006. As the parties agreed, Ms. Sabetta submitted a list of questions regarding the plan, which were to be answered by the Defendant or its engineering company. The Defendants have not taken any further actions since receiving the Plaintiff's questions.

    A meeting is currently scheduled for May 3 among the parties and counsel to iron the details regarding the exterior repairs. Therefore, we respectfully request the Court to hold the case open until the settlement is completed.

Honorable Gregory M. Sleet
April 18, 2006
Page 2


    Thank you for considering this request.

                      Respectfully,


                        /s/ Robert D. Ardizzi
                        ROBERT D. ARDIZZI
                        Attorney for Plaintiff

                        /s/ Michael K. Tighe
                        Michael K. Tighe, Esquire
                        Attorney for Defendants


/rda
cc: Michael K. Tighe, Esquire (via electronic filing and e-mail)