# DAVIS, BUCCO & ARDIZZI

**ATTORNEYS AT LAW**

**TEL: 302-345-9808**
**Robert.Ardizzi@DavisBucco.com**

PENNSYLVANIA

NEW JERSEY

DELAWARE                     May 30, 2006

*Via Electronic Filing and E-Mail*

United States Magistrate Mary Pat Thynge
United States District Court
  For the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 8
Wilmington, DE 19801

> **RE: *Janis Sabetta v. Bethany Marina, Inc. and Alfred V. Melson, Jr.***
> ***Docket No. 04-298***

Dear Judge Thynge:

Your Honor may recall that the parties reached a settlement in this matter at the end of December, 2005. The defendants agreed to pay $35,000 to Ms. Sabetta and to repair the damage they caused to her house. The money was paid but five months later, the repairs have not been made. A rudimentary drawing of the repairs was sent to Ms. Sabetta in January 2006. We responded with a list of questions as soon as we received the drawing. The defendants did not respond until May 2006. Ms. Sabetta attended a meeting on May 3, 2006 with Mark Cropper, the attorney for the estate of Alfred Melson, and Jeff Clark, who prepared the drawing. A revised drawing was supposed to be submitted by May 12, 2006. We have not received anything to date.

I wrote to Mark Cropper on May 19, 2006 requesting the revised drawing by May 24, 2006. No drawing was produced. I then wrote to Mike Tighe by e-mail on May 25 requesting the plan and informing him that I would be asking the Court to intervene if we did not receive it.

The Court has retained jurisdiction over this matter.  The parties wrote to Judge Sleet on April 17, 2006 and requested that the case be held open until the settlement was completed.  Therefore, I am requesting your assistance with this matter.  My client is frustrated that the defendants have not done what they agreed to do as part of the settlement while her house is still a mess and new buildings are being constructed in her development as we speak.

Realizing that your time is limited, I am available for a telephone conference call or a meeting at your convenience to address this matter.

Thank you for considering this request.

Respectfully,


/s/  Robert D. Ardizzi
ROBERT D. ARDIZZI
Attorney for Plaintiff


/rda
cc:     Michael K. Tighe, Esquire (via electronic filing and e-mail)
        Janis Sabetta (via e-mail)