## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

October 5, 2006

TO:   Counsel

RE:   Sabetta v. Bethany Marina, Inc.
      Civil Action No. 04-298 GMS

Dear Counsel:

Please submit a jointly prepared status report, via electronic case filing, regarding the status of settlement of this case. The report should be filed no later than October 19, 2006.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet