# DAVIS, BUCCO & ARDIZZI

ATTORNEYS AT LAW                                  TEL: 302-345-9808
                                                  Robert.Ardizzi@DavisBucco.com

PENNSYLVANIA

NEW JERSEY

DELAWARE          October 19, 2006

*Via Electronic Filing*

Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

       ***Re: Janis Sabetta v. Bethany Marina, Inc. and Alfred V. Melson, Jr.***
          ***Docket No. 04-298***

Dear Judge Sleet:

    At your request, the parties are submitting a joint report regarding the status of this matter.

    We reported in April, 2006 that there was one portion of the settlement that had not been completed, the repairs to the exterior of Plaintiff Janis Sabetta's property. The revised plans for these repairs were finally received from the Defendants and Ms. Sabetta approved them on August 29, 2006. Pursuant to the settlement agreement, the Defendants have 75 days from that date to complete the work and obtain the necessary government approvals. The Defendants have represented that no approvals are needed and have requested confirmation of that in writing from Sussex County. As of today, the Defendants have 25 days to complete the work.

    Ms. Sabetta has one additional concern. She has taken a position that will require her to relocate overseas for an extended period of time. If she has to return to review and approve the work, she expects to be compensated for the costs associated with that.

Honorable Gregory M. Sleet
October 19, 2006
Page 2

      If the Defendants do not comply with the terms of the settlement, Plaintiff will request the appropriate relief from the Court. However, if they comply, the case will be dismissed. Therefore, we respectfully request the Court to continue to hold the case open until the settlement is completed.

      Thank you for considering this request.

      Respectfully,

/s/ Robert D. Ardizzi
ROBERT D. ARDIZZI
Attorney for Plaintiff

/s/ Michael K. Tighe
Michael K. Tighe, Esquire
Attorney for Defendants

/rda
cc: Michael K. Tighe, Esquire (via electronic filing and e-mail)
    Ms. Janis Sabetta