
UNIT 89
92
91
90
89
LEGEND
SPOT ELEVATION
SANITARY SEWER CLEAN OUT
WATER VAVLE
LAMP
PROJECT BENCH MARK ASSUMED EL= 100.00
PK NAIL SET
0' 5' 10' 15'
UNIT 89
BETHANY MARINA
SUSSEX COUNTY, DELAWARE
SCALE 1" = 5'
SURVEYED JRD
JOB NO. OV
DATE 1/5/6
DRAWN JRD
FIELD BOOK 143 PAGE 159
REVISED
CAD FILE OV
SHEET 1 OF 1
JOHN H. PLUMMER AND ASSOCIATES, INC.
PROFESSIONAL ENGINEERS
REG. LAND SURVEYORS
615 EASTERN SHORE DRIVE
SALISBURY, MD. 21804
(410) 546-4215 FAX: 0401