# EXHIBIT 2

**From:** Michael Tighe [m.tighe@lawtcl.com]
**Sent:** Friday, January 06, 2006 11:58 AM
**To:** Robert Ardizzi
**Subject:** Re: at the request of Mark Copper

Rob,

I have forwarded this to Mark and to the engineers.
The check and signed release are here and ready for pick up.

                        Mike

----- Original Message -----

**From:** Robert Ardizzi

**To:** Michael Tighe

**Sent:** Friday, January 06, 2006 10:12 AM

**Subject:** RE: at the request of Mark Copper

Mike,

These are Janis Sabetta's initial questions regarding the rendering that we received yesterday:

1. Is there a plan for access to the garage?

2. What will the front of the house look like - are they leaving it gravel or will it be paved?

3. Will there be a deck wall across the front - or a 3 foot drop? Mark had mentioned a retaining wall in prior discussions but nothing is shown on the drawing

4. Currently the space for the parking is in the fire lane - how far away is it actually in feet from the house.

5. It seems that the new steps will be going into the existing stairs, is that the case?

6. Why aren't the new steps at the end of the existing deck and how many stairs are there?

7. What material will be used to lead from the new parking space to the steps? Will it stay gravel and dirt as it is currently?

8. Has this plan been submitted to and accepted by the county?

Perhaps the best thing to do is to schedule a meeting with Janis and Land Tech. Can Mark set that up?

Thanks.

Rob

-----Original Message-----
**From:** Michael Tighe [mailto:m.tighe@lawtcl.com]
**Sent:** Thursday, January 05, 2006 4:18 PM
**To:** Robert Ardizzi
**Subject:** Fw: at the request of Mark Copper

Rob,

   The engineer is looking for everyone's comments before finalizing and sealing this plan. Let me know.

                        Mike

----- Original Message -----

**From:** Rob Davis

**To:** m.tighe@lawtcl.com

**Sent:** Thursday, January 05, 2006 2:37 PM

**Subject:** at the request of Mark Copper

Michael Tighe,

Here is a pdf preliminary parking plan for unit 89, Bethany Marina, Ocean View, Delaware

Rob Davis

John H. Plummer and Asso.

615 Eastern Shore Dr.

Salisbury, Md 21804

410 546 4215