# EXHIBIT 4

        Mike
----- Original Message -----
From: "Robert Ardizzi" <Robert.Ardizzi@davisbucco.com>
To: "Michael Tighe" <m.tighe@lawtcl.com>
Cc: "Sabetta Janis (E-mail)" <sabetta@xecu.net>
Sent: Tuesday, June 13, 2006 12:07 PM
Subject: RE: Emailing: Bethany Marina Unit 89

Mike,

Janis would also like to know the incline of the driveway and whether they intend to get the necessary government approvals prior to the work being done.

Thanks.

Rob

-----Original Message-----
From: Michael Tighe [mailto:m.tighe@lawtcl.com]
Sent: Thursday, June 08, 2006 9:04 AM
To: Robert Ardizzi; mark spencer cropper
Subject: Fw: Emailing: Bethany Marina Unit 89

Rob and Mark,

   I attach the site plan which was e-mailed to me yesterday.

        Mike
----- Original Message -----
From: "Katja Kalinski" <katja@landtechllc.com>
To: <m.tighe@lawtcl.com>; <sabetta@xecu.net>
Sent: Wednesday, June 07, 2006 12:05 PM
Subject: Emailing: Bethany Marina Unit 89


>
> Attached please find the Preliminary Site Plan for Unit 89 in pdf format
>
> Sincerely,
>
> Katja Kalinski
> Land Tech Land Planning, LLC
>

6/23/2006