# EXHIBIT 5

## Michael Tighe

**From:** "Michael Tighe" <m.tighe@lawtcl.com>
**To:** "jeff clark" <jeffc@landtechllc.com>; "mark cropper" <mcropper@ajgalaw.com>
**Sent:** Monday, July 31, 2006 9:50 AM
**Subject:** Fw: Sabetta

Mark and Jeff,

I just received the attached e-mail from Sabetta's counsel.

FC 6905

Mike

----- Original Message -----
**From:** Robert Ardizzi
**To:** Mike Tighe (E-mail)
**Cc:** Sabetta Janis (E-mail)
**Sent:** Monday, July 31, 2006 9:28 AM
**Subject:** Sabetta

Mike,

These are the questions Janis wants answered in response to the most recent plans.

1. What is the pitch of the driveway?
2. Are these plans legal with regard to the setback?

3. I need a guarantee that my car door will open given the height of the planter?

4. We are not sure of the accurateness of the plan - what is the width of the driveway - it is not on the plan? seems small to us? what is the width of the deck - how big is the part where it juts out?

5. Who will be responsible for the upkeep of the planter - unit 89 or the association?

We will need construction and zonal permits prior to final approval - and I will need to view and accept the same plans that were submitted and approved prior to any construction beginning.

I expect the work to be completed in 30 days from approval of the plan by Sussex county -

Thank you

Rob Ardizzi