# EXHIBIT 6

## Michael Tighe

**From:** "Michael Tighe" <m.tighe@lawtcl.com>
**To:** "Robert Ardizzi" <Robert.Ardizzi@davisbucco.com>
**Sent:** Friday, August 25, 2006 3:23 PM
**Subject:** Fw: Sabetta Unit 89 Bethany Marina

Rob,

This was received by me on 8/9/06.

           Mike

----- Original Message -----
**From:** Jeff Clark
**To:** Michael Tighe
**Cc:** mark cropper
**Sent:** Tuesday, June 27, 2006 4:53 PM
**Subject:** FW: Sabetta Unit 89 Bethany Marina

**From:** Jeff Clark [mailto:jeffc@landtechllc.com]
**Sent:** Tuesday, June 27, 2006 10:15 AM
**To:** 'jsabetta@comcast.net'
**Cc:** 'mark cropper'; 'Michael Tighe'
**Subject:** Sabetta Unit 89 Bethany Marina

Messrs Sabetta, Cropper and Tighe........my apologies for the delay in responding to the most recent email regarding the above referenced............I have just returned from vacation........There are two questions to be answered as follows: 1. The gradient of the proposed paving immediately in front of the existing garage door to the parking lot travel way is 17.5% or 0.175. The design, as proposed, does not introduce any changes to the existing gradient at the site in this specific location. The only modification proposed at this specific location is to introduce a hot mix pavement replacing the stone pavement that exists currently. 2. As discussed with Mrs. Sabetta in our office, upon approval of the proposed changes by the owner, we will present the plan to the Sussex County Planning and Zoning Department for approval and determination of a need for other regulatory agency approvals, if any. Please advise if there are any necessary revisions to the plan presented so we may schedule a meeting with Planning and Zoning Department personnel. May I have each of you confirm receipt of this email communication and your comments as necessary?