# EXHIBIT 7

# DAVIS, BUCCO & ARDIZZI
ATTORNEYS AT LAW

TEL: 610-238-0880
FAX: 610-238-0244
E-MAIL: Robert.Ardizzi@davisbucco.com

**ROBERT D. ARDIZZI**
Admitted in Pennsylvania,
Delaware and New Jersey

August 29, 2006

PENNSYLVANIA

*Via Facsimile and First Class Mail*

NEW JERSEY

Michael K. Tighe, Esquire
First Federal Plaza
704 N. King Street, Suite 500
Wilmington, DE 19899

DELAWARE

FC 6909

Re:   *Sabetta v. Bethany Marina and Alfred V. Melson, Jr.*
      Civil Action No. 04-298

Dear Mike:

    I have discussed the drawings prepared by Land Tech regarding the repairs/ renovations to her property known as Unit 89 in Bethany Marina, with Janis Sabetta.

    I am writing to inform you that Ms. Sabetta has conditionally approved the drawings dated June 7, 2006 so that they can be submitted to the Sussex County Planning and Zoning Department and any other regulatory agencies or bodies for approval. Copies of those drawings are attached hereto. Her approval is conditioned on:

(a)   confirmation of the width of the driveway and assurance that the width is not less than that of the driveway before it was removed;

(b)   confirmation that the proposed planter will not obstruct her use of the driveway including her access to her vehicle when parked in the driveway;

(c)   final approval by the Sussex County Planning and Zoning Department for approval and any other regulatory agencies or bodies

Michael Tighe, Esquire
August 29, 2006
Page 2

(d) regular updates are to be provided to me informing me as soon as the plans are submitted to the County, approved by the County, etc.

(e) compliance with the applicable terms of the Settlement Agreement

Ms Sabetta is also retaining the right to give final approval of the plans once they have been approved by the County.

Please have the plane submitted as soon as possible so that we can bring this matter to a conclusion

Sincerely,

ROBERT D ARDIZZI

\rda
Enclosures
cc: Janis Sabetta (via e-mail)

PRELIMINARY SITE PLAN
UNIT 89
BALTIMORE HUNDRED
SUSSEX COUNTY, DELAWARE
BETHANY MARINA

LEGEND
- SPOT ELEVATION
- SANITARY SEWER CLEAN OUT
- WATER VAVLE
- LAMP

PROPOSED PARKING SPACE FOR UNIT 89

CONTINUE CURB
CONTINUE HANDRAIL
PROPOSED STEPS
ADDITIONAL PAVING
REPLACE EXISTING STONE WITH HOT MIX TO MATCH EXIST.
EXISTING EDGE OF PAVING
6" RETAINING WALL +/- 27" HT. (MAX.)
FILL WITH TOPSOIL AND INTRODUCE PLANTINGS

PROPOSED PARKING SPACE FOR UNIT 89

PREPARED BY:
LAND TECH
LAND PLANNING, LLC
118 ATLANTIC AVENUE, OCEAN VIEW, DELAWARE 19970
PHONE (302) 539-2388   FAX: (302) 539-2408

PROJECT No. 0606
SHEET No. 1 of 2
DRAWN BY: KK
CHECK BY:
F.B. No.
T.M. No.
DATE: 08/07/06
SCALE: 1" = 10'
06.PS.1

