# EXHIBIT 8

# DAVIS, BUCCO & ARDIZZI
ATTORNEYS AT LAW

TEL: 302-345-9808
E-MAIL: Robert_Ardizzi@davisbucco.com

**ROBERT D. ARDIZZI**
Admitted in Pennsylvania,
Delaware and New Jersey

October 27, 2006

PENNSYLVANIA

NEW JERSEY

DELAWARE

*Via Fax to (302) 854-5079 and First Class Mail*

Shane Abbott, Assistant Director of Zoning
Sussex County Planning and Zoning Commission
2 The Circle
P.O. Box 589
Georgetown, DE 19947

     *RE: Proposed Alterations to Unit 89 Bethany Marina – Ocean View, DE*

Dear Mr. Abbott:

  I represent Janis Sabetta, the owner of Unit 89 in the Bethany Marina community in Ocean View, Delaware. The owner of the development has proposed alterations to Ms. Sabetta's property to resolve certain disputes between the parties. These alterations include paving a portion of the front of the house, installing a set of stairs and installing a small garden area surrounded by a 6" high retaining wall in the front of the property. These alterations are depicted in the attached drawings prepared by Land Tech Land Planning, LLC. I believe Jeff Clark of Land Tech contacted you about them.

  My client wishes to confirm that the proposed alterations (1) do not require any approvals before they are performed and (2) do not violate any setback or other zoning requirements. She would like to avoid having alterations done to her property that would prevent her from freely leasing or selling the property or interrupting her use of the property while she owns it. I would appreciate it if you would contact me to discuss this matter at your earliest opportunity.

  Thank you for your assistance in this matter.

        Sincerely,

        ROBERT D. ARDIZZI

\rda
Enclosures
cc: Janis Sabetta (via e-mail)

---

Davis, Bucco and Ardizzi
2 North Colonial Avenue, Elsmere, DE 19805

# PRELIMINARY SITE PLAN
## UNIT 89
### BETHANY MARINA
BALTIMORE HUNDRED
SUSSEX COUNTY, DELAWARE

- PREPARED BY -

**LAND TECH**
LAND PLANNING, LLC

118 ATLANTIC AVENUE, OCEAN VIEW, DELAWARE 19970
PHONE: (302) 539-3366
FAX: (302) 539-2480

PROJECT No. 0606
SHEET No. 1 of 2
DRAWN BY: KK
CHECK BY:
FILE NAME:
F.B. No.
T.M. No.
DATE: 06/07/06
SCALE: 1" = 10'
06.PS.1

REVISIONS

### Plan annotations:
- PROPOSED PARKING SPACE FOR UNIT 89
- 17'
- 7'-7"
- 4'
- 6'-8"
- 15'
- 20'
- FILL WITH TOPSOIL AND INTRODUCE PLANTINGS
- 6" RETAINING WALL +/- 27" HT. (MAX.)
- ADDITIONAL PAVING REPLACE EXISTING STONE WITH HOT MIX TO MATCH EXIST.
- EXISTING EDGE OF PAVING
- PROPOSED STEPS
- CONTINUE CURB
- CONTINUE HANDRAIL
- PROPOSED PARKING SPACE FOR UNIT 89

### LEGEND
- 100.03 SPOT ELEVATION
- ● SANITARY SEWER CLEAN OUT
- ☼ WATER VALVE
- LAMP

PROPOSED PARKING SPACE FOR UNIT 89

20'
17'
4'
7'-7"
6'-8"

FILL WITH TOPSOIL AND INTRODUCE PLANTINGS

6" RETAINING WALL +/- 27" HT. (MAX.)

ADDITIONAL PAVING
REPLACE EXISTING STONE WITH HOT M...
EXISTING EDGE OF PAVING

PROPOSED STEPS

CONTINUE CURB
CONTINUE HANDRAIL

Water Valve
Sanitary Sewer Clean out
Concrete Pad
Heat Pump (To be relocated)
Relocated Heat Pump
Transformer
Lamp Post

PROPOS... SPACE F...

15'

PRELIMINARY SITE PLAN
UNIT 89
BETHANY MARINA
BALTIMORE HUNDRED
SUSSEX COUNTY, DELAWARE

LAND TECH
LAND PLANNING, LLC
116 ATLANTIC AVENUE, OCEAN VIEW, DELAWARE 19970
PHONE: (302) 539-2366  FAX: (302) 539-2466

PROJECT No. 0606
SHEET No. 2 of 2
06.PS.1

DRAWN BY: KK
CHECK BY:
FILE NAME:
F.B. No.
T.M. No.
DATE: 05/07/06
SCALE: 1" = 5'

REVISIONS