# EXHIBIT 9



118 Atlantic Avenue
Suite 202
Ocean View, DE 19970
302-539-2366
FAX: 302-539-2499

## FAX TRANSMISSION COVER SHEET

Date:      December 1, 2006

To:        Mssrs. Scott Penner & Michael Tighe

Fax No.    302-875-2633    302-658-9836

Subject    Bethany Marina

Sender:    Gina Argyrou

**YOU SHOULD RECEIVE (2) PAGE(S), INCLUDING THIS COVER SHEET.
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL 302-539-2366.**

Enclosed please find a signed and dated proposal from Superior Lawn And Landscaping, LLC, regarding the above matter.

As always, if you should have any questions regarding any aspect of this matter, please do not hesitate to contact our office accordingly

# Superior Lawn and Landscaping, LLC
## 28107 Beaver Dam Branch Road
## Laurel, DE 19956
## (302) 875-3033
## Fax (302) 875-2633

November 29, 2006                                             Proposal # 2006-82

Land Tech
Attn: Kate

    RE:    Bethany Marina Unit #89

Dear Kate:

Superior Lawn and Landscaping LLC, is please to provide you this proposal:

**Scope of Work**

1. Install concrete curb (approximately 45 lf)
2. Install (1) concrete step
3. Build retaining wall at center island
4. Pave with asphalt parking areas
5. Install plant package
6. Add topsoil to island for planting purposes

TOTAL $6200.00

Superior Lawn & Landscape LLC would like to thank you for this opportunity. Should you have any questions, please contact us at the number listed above. Should you decide to accept this proposal, please sign and return to the above fax or address. We look forward to doing business with you

Accepted: _____            _____
Land Tech Representative                         Superior Lawn and Landscape, LLC
                                                 Scott Penner
Nov. 30, 2006                               _____
Date                                             Date