UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JANIS SABETTA | : |
| | : Civil Action No. 04-0298 (GMS) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| BETHANY MARINA, INC. | : |
| and ALFRED V. MELSON, JR. | : |
| | : |
| Defendants. | : |

## PLAINTIFF'S APPLICATION FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff Janis Sabetta hereby requests oral argument on the Motion to Enforce Settlement Agreement.

/s/ Robert D. Ardizzi, Esquire
Robert D. Ardizzi, Esquire
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801
(302) 345-9808
Attorney for Plaintiff Janis Sabetta

Date: January 5, 2007