IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANIS SABETTA )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BETHANY MARINA and )<br>ALFRED V. MELSON, JR., )<br>)<br>  Defendants. ) | Civil Action No. 04-298 GMS |

## **ORDER**

WHEREAS, on May 12, 2004, the plaintiff filed the above-captioned action against the defendants, alleging breach of contract, trespass, conversion, and fraud;

WHEREAS, on December 23, 2006, the plaintiff filed a letter (D.I. 19), informing the court that the parties had settled the case;

WHEREAS, on November 20, 2006, the plaintiff filed a Motion to Enforce the Settlement Agreement (D.I. 25), with accompanying opening brief;

WHEREAS, on December 27, 2006, the defendants filed an answering brief (D.I. 27), opposing the plaintiff's motion;

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2.(a)(1995), a reply brief to the plaintiffs' motion was due on January 8, 2007; and

WHEREAS, as of the date of this Order, the plaintiff has not filed a reply brief;

IT IS HEREBY ORDERED that:

1. The plaintiff shall file a reply brief to the motion to enforce the settlement agreement within five (5) days of the date of this Order.

3. Should the plaintiff fail to comply with this Order, the court will decide the motion to enforce the settlement agreement on the present record.

Dated: May 8, 2007                    /s/ Gregory M. Sleet
                                      UNITED STATES DISTRICT JUDGE