# EXHIBIT "A"

# Robert Ardizzi

| | |
|---|---|
| **From:** | Robert Ardizzi |
| **Sent:** | Tuesday, June 13, 2006 12:08 PM |
| **To:** | 'Michael Tighe' |
| **Cc:** | Sabetta Janis (E-mail) |
| **Subject:** | RE: Emailing: Bethany Marina Unit 89 |

Mike,

Janis would also like to know the incline of the driveway and whether they intend to get the necessary government approvals prior to the work being done.

Thanks.

Rob

-----Original Message-----
From: Michael Tighe [mailto:m.tighe@lawtcl.com]
Sent: Thursday, June 08, 2006 9:04 AM
To: Robert Ardizzi; mark spencer cropper
Subject: Fw: Emailing: Bethany Marina Unit 89


Rob and Mark,

   I attach the site plan which was e-mailed to me yesterday.

                                        Mike
----- Original Message -----
From: "Katja Kalinski" <katja@landtechllc.com>
To: <m.tighe@lawtcl.com>; <sabetta@xecu.net>
Sent: Wednesday, June 07, 2006 12:05 PM
Subject: Emailing: Bethany Marina Unit 89


>
> Attached please find the Preliminary Site Plan for Unit 89 in pdf format.
>
> Sincerely,
>
> Katja Kalinski
> Land Tech Land Planning, LLC
>

1

## Robert Ardizzi

| | |
|---|---|
| **From:** | Robert Ardizzi |
| **Sent:** | Friday, June 23, 2006 11:59 AM |
| **To:** | 'Michael Tighe' |
| **Cc:** | Sabetta Janis (E-mail) |
| **Subject:** | RE: Emailing: Bethany Marina Unit 89 |

Mike,

Jeff Clark has not contacted Janis Sabetta. After today (June 23) she is unavailable for two weeks. So, Jeff Clark must contact Janis's bother James Sabetta with the answers to the questions as soon as possible.

He can be reached as follows:

home 856-423-4757
cell: 609 868-0881
email: jsabetta@comcast.net

Rob

**Robert D. Ardizzi, Esquire**
**Davis, Bucco & Ardizzi**
**10 East 6th Avenue, Suite 100**
**Conshohocken, PA 19428**
**(610) 238-0880**
**(610) 238-0244 (fax)**


-----Original Message-----
From: Michael Tighe [mailto:m.tighe@lawtcl.com]
Sent: Monday, June 19, 2006 4:20 PM
To: Robert Ardizzi
Subject: Re: Emailing: Bethany Marina Unit 89


Rob,

  I spoke with Mark Cropper who has just returned from vacation. I have forwarded your e-mails to Mark and Jeff Clark at Land Tech. I instructed Jeff to contact Janis Sabetta immediately and answer each question. I emphasized the urgency of this matter.
   Please keep me posted on what happens. If no action is taken let me know. I will go to the whip.

              Mike
----- Original Message -----
From: "Robert Ardizzi" <Robert.Ardizzi@davisbucco.com>
To: "Michael Tighe" <m.tighe@lawtcl.com>
Cc: "Sabetta Janis (E-mail)" <sabetta@xecu.net>
Sent: Tuesday, June 13, 2006 12:07 PM
Subject: RE: Emailing: Bethany Marina Unit 89


Mike,

5/10/2007

Janis would also like to know the incline of the driveway and whether they intend to get the necessary government approvals prior to the work being done.

Thanks.

Rob

-----Original Message-----
From: Michael Tighe [mailto:m.tighe@lawtcl.com]
Sent: Thursday, June 08, 2006 9:04 AM
To: Robert Ardizzi; mark spencer cropper
Subject: Fw: Emailing: Bethany Marina Unit 89

Rob and Mark,

   I attach the site plan which was e-mailed to me yesterday.

               Mike
----- Original Message -----
From: "Katja Kalinski" <katja@landtechllc.com>
To: <m.tighe@lawtcl.com>; <sabetta@xecu.net>
Sent: Wednesday, June 07, 2006 12:05 PM
Subject: Emailing: Bethany Marina Unit 89


>
> Attached please find the Preliminary Site Plan for Unit 89 in pdf format.
>
> Sincerely,
>
> Katja Kalinski
> Land Tech Land Planning, LLC
>