**EXHIBIT "B"**

## Robert Ardizzi

| | |
|---|---|
| **From:** | Michael Tighe [m.tighe@tighecottrell.com] |
| **Sent:** | Tuesday, January 09, 2007 10:01 AM |
| **To:** | Robert Ardizzi |
| **Subject:** | Sabetta |

Rob,

    I am informed by Jeff Clark that the County did not require any documents to be filed so none were. Jeff Clark spoke to Rich Abbott of Sussex County regarding this and was so informed. Jeff will renew his request that Rich issue something in writing confirming that the work is okay.
    Jeff is checking with the paving/curbing contractor on the status of that work. Does your client want the work to go forward or be halted?

        Mike