**EXHIBIT "C"**

December 12, 2006

*Via Facsimile and E-Mail*

Michael K. Tighe, Esquire
704 N. King Street, Suite 500
Wilmington, DE 19899

        RE:    *Sabetta v. Bethany Marina and Alfred V. Melson, Jr.*
                   *Civil Action No. 04-298*

Dear Mike:

        I have been directed by Janis Sabetta to inform you that no work is to be done at her house until we have received written confirmation from Sussex County that: (1) the plans do not violate any applicable ordinances or regulations or (2) the plans do not require county approval. Her approval of the plans in August was conditioned on receiving this confirmation. Her point is a good one. If the original damage to her house was driven by setback requirements, why is it that the proposed planter and parking space do not also violate the same setback requirements?

        Please provide me with the requested information as soon as possible.

        Sincerely,

        ROBERT D. ARDIZZI

\rda
cc: Ms. Janis Sabetta (via e-mail)