# EXHIBIT "D1"

## Robert Ardizzi

**From:** Robert Ardizzi
**Sent:** Wednesday, January 10, 2007 2:31 PM
**To:** 'Michael Tighe'
**Cc:** Sabetta Janis (E-mail)
**Subject:** RE: Sabetta

Mike,

There were significant problems with the work that was done so far at Ms. Sabetta's house.

First, as I mentioned in my voice message to you this past Friday, when the contractor moved the heat pump the heat was disconnected to her house but it was not reconnected. Fortunately, the weather was mild but there could have been serious problems if the temperature dropped. Also, she had to get a hotel room because the house was too cold and then waited a couple of hours for the heat to be reconnected Friday night.

Second, the retaining wall is too close to her driveway because it blocks her car door when it is opened. This is one of the questions posed to Land Tech months ago that was never answered. The wall will have to be taken down and moved. I have attached photos taken by Ms. Sabetta this weekend showing the problem with the wall.

Third, these problems have only amplified Ms. Sabetta's need to have written approval by the County for these improvements. The retaining wall appears to be even further into the setback than the deck railing that was removed years ago. Likewise, before any curbing and paving is done, she needs written assurances that the proposed additional parking space is not in the fire lane and does not violate any other code or regulation.

So, my instructions are that all work is to cease until there is written approval of the plans by the County. Once that is received, the first order of business is that the wall has to be moved.

Rob Ardizzi


-----Original Message-----
**From:** Michael Tighe [mailto:m.tighe@tighecottrell.com]
**Sent:** Tuesday, January 09, 2007 10:01 AM
**To:** Robert Ardizzi
**Subject:** Sabetta

Rob,

   I am informed by Jeff Clark that the County did not require any documents to be filed so none were. Jeff Clark spoke to Rich Abbott of Sussex County regarding this and was so informed. Jeff will renew his request that Rich issue something in writing confirming that the work is okay.
   Jeff is checking with the paving/curbing contractor on the status of that work. Does your client want the work to go forward or be halted?

                    Mike

5/10/2007