**EXHIBIT "D2"**

