**EXHIBIT "D3"**

