**EXHIBIT "D4"**

