**EXHIBIT "D5"**



Case 1:04-cv-00298-GMS    Document 30-9    Filed 05/10/2007    Page 2 of 2