**EXHIBIT "D6"**

