# EXHIBIT "D7"

