# EXHIBIT "D8"

