# EXHIBIT "D9"

