# EXHIBIT "E"

### Robert Ardizzi

| | |
|---|---|
| **From:** | Robert Ardizzi |
| **Sent:** | Tuesday, January 23, 2007 10:42 AM |
| **To:** | Mike Tighe (E-mail) |
| **Cc:** | Sabetta Janis (E-mail); Jim Sabetta (E-mail) |
| **Subject:** | FW: [Fwd: ***SPAM*** Bethany Marina] |

Mike,

Janis Sabetta received the attached e-mail. Apparently, the planter was built in the common area. Since Bethany Marina was the builder of the development, we rightfully assumed that their plan would not run afoul of the Homeowners Association. Was the plan submitted for approval to the Association by LandTech and/or Mark Cropper?

Please let me know as soon as possible.

Rob Ardizzi

-------- Original Message --------
Subject:[Norton AntiSpam] ***SPAM*** Bethany Marina
   Date:Fri, 19 Jan 2007 09:10:45 -0500
   From:Dave Page <dpage@rpaengr.com>
     To:<SABETTA@XECU.NET>


Good morning Janis,

When I arrived in Bethany for our Bi-monthly Council meeting, I saw the new planter area in front of your unit. Having questioned everyone as to how it got there, it is only "rumored" that you hired a private landscaper to do this. Could you please give me, and the Council, some background as to why you felt this should be done to the Associations common area and why you took it upon yourself to make this change? If I could have this within the next couple of days it would be appreciated.

Thanks
Dave


Dave Page, Sr.
*Business Operations*



3 Park Plaza
Wyomissing, PA 19610
Phone: 610.374.6144 Ext. 254
Fax:    610.374.6599
Email: dpage@rpaengr.com