**EXHIBIT "F"**

# DAVIS, BUCCO & ARDIZZI
ATTORNEYS AT LAW

TEL: 302-345-9808
E-MAIL: Robert.Ardizzi@davisbucco.com

April 25, 2007

**ROBERT D. ARDIZZI**
Admitted in Pennsylvania,
Delaware and New Jersey

*Via Fax and First Class Mail*
Michael K. Tighe, Esquire
First Federal Plaza
704 N. King Street, Suite 500
Wilmington, DE 19899

PENNSYLVANIA

RE:  *Sabetta v. Bethany Marina and Alfred V. Melson, Jr.*
     *Civil Action No. 04-298*

NEW JERSEY

Dear Mike:

DELAWARE

    Ms. Sabetta received the enclosed letter from the Sussex County Planning & Zoning Commission informing her that the work performed by your client, namely the construction of the retaining wall, is a change to the approved site plan that must be approved by the homeowner's association and then presented to the county commission for final approval. Apparently, neither Bethany Marina nor Land Tech did this before proceeding with the work. The concerns raised by the Commission are the same set-back and emergency access issues that caused Bethany Marina to take damage Ms. Sabetta's house in the first place.

    This letter is particularly troubling because Land Tech has been representing for months that the Sussex County Planning & Zoning Commission approved the plan including the retaining wall but would not put that in writing. It appears that those representations were not true.

    I am once again making a demand on your clients that they fulfill their obligations pursuant to the settlement by removing the wall and repairing Ms. Sabetta's property in accordance with all applicable rules, regulations and codes. I also will be addressing this issue to the attention of the Court.

Sincerely,

ROBERT D. ARDIZZI

\rda
Enclosure
cc: Janis Sabetta (via e-mail)

Davis, Bucco and Ardizzi
901 N. Market Street, Suite 700, Wilmington, DE 19801

APR-23-2007 06:50 AM    JAMES SABETTA                    18564236212                P.02

**Sussex County
Planning & Zoning Commission**
P.O. Box 417
Georgetown, DE 19947
302-855-7878
302-854-5079 (Fax)



Robert C. Wheatley
Michael B. Johnson
Rodney Smith
Benjamin Gordy
Irwin G. Burton, III
Lawrence B. Lank, Director

April 12, 2007

Janis Sabetta
357 Nassau Ave.
Paulsboro NJ 08066
Bethany Marina (unit 89)

      The recent work that was done to the above unit 89 (landscape and stone) was altered from the approved site plan. This change must be approved by the homeowners association, then, be presented to the county commission for final approval. There is a concern of the required forty-foot separation between any structure, the change you have done to this unit and decking across from you, for emergency equipment and fire code.
      Any questions please call @ 302-855-7878.

Dean Malloy  Zoning Inspector III