## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JANIS SABETTA | : |
| | : Civil Action No. 04-0298 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| BETHANY MARINA, INC. | : |
| and ALFRED V. MELSON, JR. | : JURY TRIAL DEMANDED |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of Plaintiff's Reply Brief to Motion to Enforce Settlement Agreement was served upon the following counsel for the Defendants via electronic filing on May 10, 2007:

    Michael K. Tighe, Esquire
    First Federal Plaza
    704 N. King Street, Suite 500
    Wilmington, DE 19899

    /s/ Robert D. Ardizzi
    Robert D. Ardizzi, Esquire
    DE Bar ID # 3602
    Davis, Bucco & Ardizzi
    901 N. Market Street
    Wilmington, DE 19801
    (302) 345-9808
    Attorney for Plaintiff

Date: May 10, 2007