UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JANIS SABETTA | : |
| | : C. A. No. 04-298 (GMS) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| BETHANY MARINA, INC. | : |
| and ALFRED V. MELSON, JR. | : |
| | : |
| Defendants. | : |
| | : |

**DEFENDANTS' SUPPLEMENTAL RESPONSE BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

Defendants move this Honorable Court to deny Plaintiff's Motion to Enforce the Settlement Agreement. In support thereof, Defendants offer as follows:

**I.  Defendants Correctly Represented to Plaintiff that Sussex County Did Not Require that the Plans Be Approved:**

Defendants had represented to Plaintiff that their engineer had spoken to the Assistant Director of the Sussex County Planning & Zoning Commission regarding the plans to repair Plaintiff's property. It was represented to Plaintiff that the County did not require approval of the plans defendants had prepared. This representation was based upon the conversation between Defendants' engineer and the Assistant Director.

In her Reply Brief, Plaintiff contends that the County did require approval of the plans. Sabetta argues that Defendants failed to obtain that approval before starting work. She maintains that Defendants are in breach of the settlement agreement, in part, because of this alleged failure.

1

Defendants attach a letter from Shane Abbott, Assistant Director of the Sussex County Planning & Zoning Commission, which confirms the truth of Defendants' representations to Plaintiff. Defendants' engineer, Jeff Clark, did speak to Mr. Abbott and was told that no approval of the plans was required. (Ex. A-Letter from Abbott dated May 30, 2007)

## II. The Plans Are Acceptable to Sussex County

Sabetta contends that the plans are not acceptable to the County. This is not correct. The letter from Mr. Abbott states that Sussex County has no objections to the proposed alterations. (Ex A). In addition, the County has stamped the plans "Approved" on May 30, 2007 while continuing to point out that no building permit was ever required. (Ex B- two pages of plans from Land Tech) The letter from Abbott and the approved plans were sent to counsel for Plaintiff immediately upon receipt by undersigned counsel.

## III. The Current Status of the Matter

Defendants are working to resolve an issue with the condominium Home Owners' Association regarding the placement of the planter. Defendants are dialoguing with Plaintiff in an effort to allay any remaining concerns Ms Sabetta has. Defendants otherwise stand ready to complete the alterations to Plaintiff's property. It is the understanding of Defendants that Plaintiff will not permit them to enter her land to do the work.

## IV. Conclusion

Defendants should not be held to have breached the Settlement Agreement because of an

alleged failure to obtain pre-approval of their plans. Nor should the Court find against Defendants because their plans are or ever were unacceptable to Sussex County. The recently obtained, attached documents show that approval was never required and that the County has no objection to those plans.

                                                **TIGHE & COTTRELL, P.A.**

                                                /s/ Michael K. Tighe
                                                Michael K. Tighe, Esq. (DE ID # 29)
                                                704 King Street, Suite 500
                                                One Customs House
                                                P.O. Box 1031
                                                Wilmington, DE 19899
                                                (302) 658-6400
                                                Attorney for Defendants

Dated: June 14, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JANIS SABETTA | : |
| | :    C. A. No. 04-298 (GMS) |
| Plaintiff, | : |
| | : |
| v. | : |
| | :    JURY TRIAL DEMANDED |
| BETHANY MARINA, INC. | : |
| and ALFRED V. MELSON, JR. | : |
| | : |
| Defendants. | : |
| | : |

## CERTIFICATE OF SERVICE

I, Michael K. Tighe, Esquire, do hereby certify that a true and correct copy of the attached Defendants' Supplemental Response Brief In Opposition to Plaintiff's Motion to Enforce the Settlement Agreement was served via electronic filing and mail to:

Robert D. Ardizzi, Esquire
2 N. Colonial Avenue
Elsmere, DE 19805

                                                    **TIGHE & COTTRELL, P.A.**

                                                    /s/ Michael K. Tighe
                                                    Michael K. Tighe, Esq. (DE ID # 29)
                                                    704 King Street, Suite 500
                                                    One Customs House
                                                    P.O. Box 1031
                                                    Wilmington, DE 19899
                                                    (302) 658-6400
                                                    Attorney for Defendants

Dated: June 14, 2007