# EXHIBIT A

Case 1:04-cv-00298-GMS   Document 33-2   Filed 06/14/2007   Page 1 of 2

Sussex County
Planning & Zoning Commission
P.O. Box 417
Georgetown, DE 19947
302-855-7878
302-854-5079 (Fax)



Robert C. Wheatley
Michael B. Johnson
Rodney Smith
Benjamin Gordy
Irwin G. Burton, III
Lawrence B. Lank, Director

May 30, 2007

Mr. Jeff Clark
Land Tech Land Planning, L.L.C.
118 Atlantic Avenue
Ocean View, DE 19970

**RE: Bethany Marina – Unit 89**

Dear Mr. Clark,

    As per our meeting in early December 2006, this office has no objections to the proposed alterations to the above referenced unit. At that time I advised you that no approvals are necessary. These alterations include relocating an existing heat pump, striping for an additional park space, installing concrete curbing, installing a retaining wall and plantings, and paving an existing area. None of these alterations require a building permit from Sussex County.

    Since the project is part of a condominium association, the owner should contact the homeowners' or condominium association for approval since common elements are probably involved.

    As always, please do not hesitate to contact me should you have any questions.

Sincerely,

Shane Abbott
Assistant Director

cc: Mark Cropper, Esquire
    6200 Coastal Highway, Suite 200
    Ocean City, MD 21842