EXHIBIT B



