# DAVIS, BUCCO & ARDIZZI

ATTORNEYS AT LAW                                       TEL: 302-345-9808
                                                       Robert.Ardizzi@DavisBucco.com

PENNSYLVANIA

NEW JERSEY

DELAWARE             November 16, 2007

*Via Electronic Filing*

Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> *Re: Janis Sabetta v. Bethany Marina, Inc. and Alfred V. Melson, Jr.*
>     *Docket No. 04-298*

Dear Judge Sleet:

   I represent the Plaintiff in this matter. I received a notice on November 14, 2007 informing the parties that the case has been closed by the Court. The settlement reached by the parties has not been completed. Although my client's motion to enforce the settlement was denied on September 24, 2007, it was without prejudice. I am therefore respectfully requesting that this case be reopened.

   Thank you for considering this request.

                                        Respectfully,


                                        /s/ Robert D. Ardizzi
                                        ROBERT D. ARDIZZI
                                        Attorney for Plaintiff

/rda
cc: Michael K. Tighe, Esquire (via electronic filing)
    Ms. Janis Sabetta